UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALVIN DOMINIQUE                                CIVIL ACTION

VERSUS                                         NUMBER: 08-00293

MICHAEL J. ASTRUE,                             SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this <u>14th</u> day of June, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE