UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN DOMINIQUE | CIVIL ACTION |
| VERSUS | NUMBER: 08-00293 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY | SECTION: "S"(5) |

### AMENDED ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this 15th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE